UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell
United States District Judge
Sacramento, California

                      RE:    William McFADDEN
                                  Docket Number:   2:06CR00486-01
                                  **REQUEST TO DISMISS PETITION**

Your Honor:

On January 4, 2006, Mr. McFadden was sentenced to five years probation subsequent to a violation of 18 USC 922(n), Receipt of a Firearm by a Person Under Indictment. Special Conditions of probation included, ten months electronic monitoring, warrantless search, not possess firearms, substance abuse testing and treatment, 100 hours community service work, and no contact with gang members. Other violation conduct during probation was handled without revocation. On October 8, 2010, after previously admitting to a gang contact violation, probation was revoked and he was placed on a one-year term of supervised release.

On October 7, 2011, a warrant was requested by the probation office and issued by the Court. The petition alleges two New Law Violations resulting from the same alleged behavior with his (now) wife. Mr. McFadden was scheduled for a jury trial on October 13, 2011. The Court was advised that jurisdiction was going to be lost on October 7, 2011, so the warrant preserved jurisdiction. Your Honor issued the warrant; however, the offender has not made any appearances on the petition. The offender has been in local custody on the new charges since July 6, 2011. State parole has also lodged a parole violation warrant.

On October 26, 2011, a mistrial was declared. On November 4, 2011, during a trial readiness conference, no charges were re-filed. State parole has a hold on Mr. McFadden, and it is presumed he will be returned to their custody.

We have no other violation conduct other than the former pending charges. It is, therefore, respectfully recommended this petition be dismissed and the detainer lodged against Mr. McFadden at the county jail be dropped. It is further recommended that supervision be terminated forthwith. Mr. McFadden did well during his term of supervised release other than his arrest for the now dismissed criminal charges.

**RE:  William McFADDEN**
    **Docket Number:   2:06CR00486-01**
    **REQUEST TO DISMISS PETITION**

                          Respectfully submitted,

                          /s/ Glenn P. Simon
            For
                    **LORI  L. KOEHNEN**
              **Senior United States Probation Officer**

DATED:    November 9, 2011
          Sacramento, California
          LLK:jc

                /s/ Glenn P. Simon
**REVIEWED BY:**   _____
   For    **MICHAEL A. SIPE**
        **Supervising United States Probation Officer**

---

ORDER OF THE COURT:

/_X_/  Approved:       Petition is dismissed and the detainer lodged with the Sacramento County Jail is hereby dropped.

/___/  Disapproved:  Petition and detainer are to remain in place.

Dated:  November 10, 2011

                                               _____
                                             GARLAND E. BURRELL, JR.
                                             United States District Judge